IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ARKANSAS MUNICIPAL LEAGUE; MUNICIPAL LEGAL DEFENSE PROGRAM; MUNICIPAL LEAGUE WORKERS' COMPENSATION TRUST; and MUNICIPAL HEALTH BENEFIT FUND; | ) ) ) ) ) ) | CASE NO. 4:17-cv-00822-KGB |
| Plaintiffs, | ) | |
| v. | ) ) | |
| PURDUE PHARMA INC.; THE PURDUE FREDERICK COMPANY; CEPHALON, INC.; PHARMACEUTICALS USA, INC.; JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON; ENDO HEALTH SOLUTIONS, INC.; WATSON LABORATORIES, INC.; ACTAVIS PHARMA, INC.; ACTAVIS LLC; AMERISOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH, INC.; and McKESSON CORPORATION; | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE*

Plaintiffs, ARKANSAS MUNICIPAL LEAGUE, MUNICIPAL LEGAL DEFENSE PROGRAM, MUNICIPAL LEAGUE WORKERS' COMPENSATION TRUST, and MUNICIPAL HEALTH BENEFIT FUND, give notice of their voluntary dismissal of this action *without prejudice* pursuant to Fed. R. Civ. Pro. Rule 41(a)(1)(A)(i).

Respectfully submitted,

DATE: October 13, 2017

*/s/ Brian D. Reddick*
Brian D. Reddick, ABA #94057
Brent L. Moss, ABA #95075
**REDDICK MOSS, PLLC**
One Information Way, Suite 105

1

Little Rock, Arkansas 72202
Tel: (501) 907-7790
Fax: (501) 907-7793
Email: brian@reddickmoss.com
       brent@reddickmoss.com

*Attorneys for Plaintiffs*

**OF COUNSEL:**

Mark R. Hayes, ABA #87078
Director of Legal Services
**ARKANSAS MUNICIPAL LEAGUE**
P.O. Box 38
North Little Rock, AR 72115
www.arml.org
Phone: 501.978.6102
Facsimile: 501.978.6560
mhayes@arml.org

John L. Wilkerson, ABA #2008046
**JOHN L. WILKERSON, ATTORNEY AT LAW**
P.O. Box 38
North Little Rock, AR 72115
Tel: (501) 978-6136
Fax: (501) 978-6567
jwilkerson@arml.org

Ernest Cory (to apply *Pro Hac Vice*)
F. Jerome Tapley (to apply *Pro Hac Vice*)
Hirlye R. "Ryan" Lutz, III (to apply *Pro Hac Vice*)
Adam W. Pittman (to apply *Pro Hac Vice*)
Brett C. Thompson (to apply *Pro Hac Vice*)
**CORY WATSON, P.C.**
2131 Magnolia Avenue
Birmingham, Alabama 35205
T: (205) 328-2200
F: (205) 324-7896
ecory@corywatson.com
jtapley@corywatson.com
rlutz@corywatson.com
apittman@corywatson.com
bthompson@corywatson.com

James C. Wyly, ABA #90158
Sean F. Rommel, ABA #94158

2

**WYLY~ROMMEL, PLLC**
4004 Texas Boulevard
Texarkana, Texas  75503
(903) 334-8646 (Telephone)
(903) 334-8645 (Facsimile)
jwyly@wylyrommel.com
srommel@wylyrommel.com