# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ARKANSAS MUNICIPAL**
**LEAGUE,** *et al.*                                                              **PLAINTIFFS**

**v.**                  **Case No. 4:17-cv-00822 KGB**

**PURDUE PHARMA, INC.,** *et al.*                                      **DEFENDANTS**

## ORDER

Plaintiffs Arkansas Municipal League, Municipal Legal Defense Program, Municipal League Workers' Compensation Trust, and Municipal Health Benefit Fund have filed a notice of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Dkt. No. 2). Accordingly, the Court dismisses without prejudice plaintiffs' claims.

So ordered this the 15th day of December, 2017.

                                                    */s/ Kristine G. Baker*
                                                    Kristine G. Baker
                                                    United States District Judge